IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~EASTERN~~ DIVISION
*NORTHERN*

| | |
|---|---|
| TAMI BRYAN,           )<br>                       )<br>    Plaintiff,       )<br>                       )  CIVIL ACTION NO.: 02-06-cv 57-VPm<br>vs.                    )<br>                       )  JURY DEMAND<br>MEADOWCRAFT, INC.      )<br>D/B/A PLANTATION PATTERNS, )<br>and JACK ABATO         )<br>                       )<br>                       )<br>    Defendant.         ) | |

## SUMMONS

TO DEFENDANT:    Meadowcraft, Inc.,
                 d/b/a Plantation Patterns
                 Corporate Office
                 4700 Pinson Valley Parkway
                 Birmingham, Alabama 35215

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Jon C. Goldfarb, WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY** (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    1/25/06
_____                         _____
CLERK OF COURT                                        DATE

By: _____
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~EASTERN~~ DIVISION
NORTHERN

| | |
|---|---|
| TAMI BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.:  2:06cv57-VPM |
| vs. ) | |
| ) | JURY DEMAND |
| MEADOWCRAFT, INC. ) | |
| D/B/A PLANTATION PATTERNS, ) | |
| and JACK ABATO ) | |
| ) | |
| ) | |
| Defendant. ) | |

## SUMMONS

TO DEFENDANT:

Jack Abato
250 Woodridge Drive
Wetumpka, AL   36092

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Jon C. Goldfarb, WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY (20)** days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK OF COURT

By: _____
Deputy Clerk

DATE 1/25/06