## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| TAMI BRYAN, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| V. | )   2:06cv57-VPM |
| | ) |
| MEADOWCRAFT, INC. D/B/A | ) |
| PLANTATION PATTERNS, and | ) |
| JACK ABATO, | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANT ABATO'S ANSWER

Defendant Jack Abato ("Abato") hereby responds to Plaintiff's Complaint, paragraph by paragraph, as follows:

## I.    INTRODUCTION

1.    Defendant Abato admits that Plaintiff asserts state law claims of invasion of privacy and assault and battery against him, but denies liability to Plaintiff under these or any other authority.  All remaining allegations of paragraph 1 are directed to Defendant Meadowcraft and, therefore, require no responsive pleading from Defendant Abato.

## II.    JURISDICTION, VENUE AND ADMINISTRATIVE PREREQUISITES

2.    Defendant Abato admits that this Court may exercise supplemental jurisdiction over Plaintiff's state law claims pursuant to 28

U.S.C. § 1367, but denies liability to Plaintiff under any theory asserted in the Complaint.  To the extent that the Court elects to exercise supplemental jurisdiction in this matter, Defendant Abato admits that venue is proper in this Court.

3.      Defendant Abato is without knowledge sufficient to form a belief as to the truth of the averments of paragraph 3 and, therefore, they are denied.

## III.   PARTIES

4.      Defendant Abato is without knowledge sufficient to form a belief as to the truth of the averments of paragraph 4 and, therefore, they are denied.

5.      Paragraph 5 of the Complaint requires no response from Defendant Abato.

6.      Defendant Abato admits that Plaintiff asserts state law claims of invasion of privacy and assault and batter against him, but denies liability to Plaintiff under these or any other authority.

## IV.   FACTUAL ALLEGATION

7.      Defendant Abato is without knowledge sufficient to form a belief as to the truth of the averments of paragraph 7 and, therefore, they are denied.

8.    Defendant Abato is without knowledge sufficient to form a belief as to the truth of the averments of paragraph 8 and, therefore, they are denied.

9.    Defendant Abato is without knowledge sufficient to form a belief as to the truth of the averments of paragraph 9 and, therefore, they are denied.

10.    Defendant Abato is without knowledge sufficient to form a belief as to the truth of the averments of paragraph 10 and, therefore, they are denied.

11.    Denied.

12.    Defendant Abato denies engaging in any "sexual harassment" toward Plaintiff.  Defendant Abato is without sufficient knowledge to form a belief as to the truth of the remaining averments of paragraph 12 and, therefore, they are denied.

13.    Defendant Abato admits that Plaintiff was discharged.    All remaining allegations of paragraph 13 are denied.

14.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

15.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

16.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

## V.    CAUSES OF ACTION

### COUNT I – Violation of the Equal Pay Act

17.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

18.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

19.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

20.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

21.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

## COUNT II – Gender Discrimination in Violation of Title VII

22.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

23.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

24.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

25.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

26.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

27.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

28.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

29.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

### COUNT III – Sexual Harassment in Violation of Title VII

30.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

31.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

32.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.  Even so, Defendant Abato denies engaging in any sexually harassing behavior toward Plaintiff.

33.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

34.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

35.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

36.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

37.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

38.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.  Even so, Defendant Abato denies engaging in any such behavior.

39.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

40.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

41.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

42.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

43.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.  Even so, Defendant Abato denies engaging in any such behavior.

44.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

45.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

### COUNT IV – Retaliation in Violation of Title VII

46.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

47.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

48.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

49.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

50.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

51.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

52.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

## COUNT V – Failure to Meet Notice Requirement
## under ERISA and COBRA

53.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

54.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

55.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

56.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

57.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

58.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

59.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

60.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

61.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

**C.    COUNT VI – Invasion of Privacy**

62.    Defendant Abato incorporates herein by reference his responses to paragraphs 1-61.

63.    Defendant Abato admits that Plaintiff asserts state law claims of invasion of privacy and assault and battery against him, but denies liability to Plaintiff under these or any other authority.

64.    Denied.

65.    Denied.

66.    Denied.

**D.    Count VII – Assault and Battery**

67.    Defendant Abato incorporates herein by reference his responses to paragraphs 1-66.

68.    Defendant Abato admits that Plaintiff asserts state law claims of invasion of privacy and assault and battery against him, but denies liability to Plaintiff under these or any other authority.

69.    Denied.

70.    Denied.

71.    Denied.

**E.    Count VIII – Negligent and/or Wanton Retention and Supervision**

72.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

73.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

74.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

75.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

76.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

77.    This paragraph of the Complaint is directed at Defendant Meadowcraft and, therefore, requires no responsive pleading from Defendant Abato.

**V.    Damages**

78.    Denied.

79.    Denied.

80.    Denied.

Defendant Abato denies that Plaintiff is entitled to any of the relief requested in the Complaint, including that requested in VI, paragraphs 1-5.

To the extent not specifically admitted herein, all remaining factual allegations of the Complaint are denied.

## FIRST DEFENSE

Plaintiff's claims are barred in whole or in part by the worker's compensation exclusivity doctrine, Ala. Code § 25-5-53.

## SECOND DEFENSE

To the extent Plaintiff's own conduct contributed to or exacerbated any of her injuries, the doctrine of contributory negligence bars Plaintiff from recovering from Defendant.

## THIRD DEFENSE

To the extent a jury finds Defendant liable for punitive damages, any such award must comply with the provisions of Alabama Code § 6-11-21.

## FOURTH DEFENSE

To the extent Plaintiff's claims were not filed within the applicable statute of limitations, her claims are barred.

## FIFTH DEFENSE

To the extent Plaintiff received compensation or benefits for any workplace injury, or any claims arising therefrom, Plaintiff's claims in this action are barred by waiver or estoppel.

## SIXTH DEFENSE

To the extent the court determines Plaintiff's claim to be frivolous, groundless in fact, or vexatious, or interposed for any improper purpose, Defendant is entitled to recover his attorneys' fees and costs pursuant to the Alabama Litigation Accountability Act, § 12-19-270 *et seq.*

## SEVENTH DEFENSE

Defendant avers that any award of punitive damages to Plaintiff in this case would be violative of the constitutional safeguards provided to Defendant under the Constitution of the United States of America.

## EIGHTH DEFENSE

Defendant avers that any award of punitive damages to Plaintiff in this case would be violative of the Constitution of the State of Alabama.

Wherefore, Defendant Jack Abato respectfully requests that Plaintiff's Complaint be dismissed with prejudice and that it he be awarded his attorney's fees and cost in defending this action.

Respectfully submitted,


s/Charles A. Powell IV
Charles A. Powell IV – POW026
Attorney for Defendant, Jack Abato

**OF COUNSEL:**
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203-5202
(205) 244-3822 telephone
(205) 488-3822 facsimile


## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon the following counsel of record by electronic filing or by placing same in the United States Mail, first class postage prepaid, on March 13, 2006.

Jon C. Goldfarb
Maury S. Weinger
Kell A. Simon
Wiggins, Childs, Quinn & Pantazis, LLC
301 19th Street North
Birmingham, AL 35203

Kelly Estes
Bradley, Arant, Rose & White
P.O. Box 830709
Birmingham, Alabama 35283-0709


s/Charles A. Powell IV
OF COUNSEL

16