# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **TAMI BRYAN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **2:06-CV-57-MEF** |
| | ) |
| **MEADOWCRAFT, INC. d/b/a** | ) |
| **PLANTATION PATTERNS and** | ) |
| **JACK ABATO,** | ) |
| | ) |
|     **Defendant.** | ) |

## F.R. CIV. P. 7.1 DISCLOSURE STATEMENT

Defendant, Meadowcraft, Inc., states that it does not have a parent corporation nor is there any publicly held corporation that owns 10% or more of its stock.

    s/Kelly H. Estes
    Kelly H. Estes (EST011)

    s/Laura A. Palmer
    Laura A. Palmer (PAL019)
    Bradley Arant Rose & White LLP
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, AL 35203-2119
    Telephone: (205) 521-8000
    Facsimile: (205) 521-8800
    E-mail: kestes@bradleyarant.com
    E-mail: lpalmer@bradleyarant.com
    Attorneys for Defendant Meadowcraft, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that on **March 13, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jon C. Goldfarb
    Maury S. Weiner
    Kell A. Simon
    Wiggins, Childs, Quinn & Pantazis
    The Kress Building
    301 19th Street North
    Birmingham, Alabama  35203
    jcg@wcqp.com
    msw@wcqp.com
    kas@wcqp.com
    Attorneys for Plaintiff

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None.

                Respectfully submitted,

                s/ Kelly H. Estes
                Kelly H. Estes
                Bradley Arant Rose & White LLP
                One Federal Place
                1819 Fifth Avenue North
                Birmingham, AL 35203-2119
                Telephone: (205) 521-8000
                Facsimile: (205) 521-8800
                E-mail: kestes@bradleyarant.com