IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAMI BRYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-57-MEF |
| | ) | |
| MEADOWCRAFT, INC. d/b/a | ) | |
| PLANTATION PATTERNS and | ) | |
| JACK ABATO, | ) | |
| | ) | |
| Defendant. | ) | |

### REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed.R.Civ.P.26(f), a meeting was held on April 3, 2006 by telephone and was attended by:

    Jon C. Goldfarb, Esq. for Plaintiff

    Charles A. Powell, IV, Esq. for Defendant Jack Abato

    Laura A. Palmer, Esq. Defendant Meadowcraft, Inc.

    All parties to this lawsuit hereby agree to this Parties' Planning Report as of April 3, 2006.

2.  **Pre-discovery Disclosures.** The parties will exchange by May 2, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

4.  **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

1/1437164.1

Discovery will be needed on the following subjects: Without waiver of objections, discovery will be needed on the following subjects: plaintiff's claims and all other allegations in plaintiff's complaint and matters incidental thereto; defendants' defenses and matters incidental thereto; plaintiff's damages, defenses thereto, and mitigation thereof.

All discovery commenced in time to be completed by February 23, 2007.

Maximum of 30 interrogatories by each party to any other party. (Responses due 30 days after service.)

Maximum of 40 requests for production by each party to any other party. (Responses due 30 days after service.)

Maximum of 30 requests for admission by each party to any other party. (Responses due 30 days after service.)

Maximum of 10 depositions by plaintiff and 10 by defendants.

Each deposition limited to maximum of 7 hours per day and otherwise in accordance with FRCP 30(d) unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:
    from plaintiff(s) by November 15, 2006
    from defendant(s) by December 15, 2006

Supplementations under Rule 26(e) due January 24, 2007.

5. **Other Items.**

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference on April 25, 2007.

Plaintiff should be allowed until October 23, 2006 to join additional parties and to amend the pleadings.

Defendants should be allowed until November 22, 2006 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by January 25, 2007.

Settlement cannot be evaluated prior to the commencement of discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due
   from plaintiff and defendants by 30 days before trial

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3) .

The case should be ready for trial by June 4, 2007 and at this time is expected to take approximately 3-4 days.

**Date**: April 4, 2006

S/ Jon C. Goldfarb
Jon C. Goldfarb (ASB-5401-F58J)
Maury S. Weiner
Kell A. Simon
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
Attorneys for Plaintiff
jcg@wcqp.com
msw@wcqp.com
kas@wcqp.com


S/ Charles A. Powell, IV
Charles A. Powell, IV (POW026)
Baker Donelson Bearman Caldwell &
Berkowitz PC
1600 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203-5202
205-244-3822
Fax: 205-488-3822
cpowell@bakerdonelson.com
Attorney for Defendant Jack Abato


S/ Laura A. Palmer
Kelly H. Estes (EST011)
Laura A. Palmer (PAL019)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kestes@bradleyarant.com
lpalmer@bradleyarant.com
Attorneys for Defendant Meadowcraft, Inc.