IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMI BRYAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:06-CV-57-MEF |
| | ) |
| MEADOWCRAFT, INC. d/b/a | ) |
| PLANTATION PATTERNS and | ) |
| JACK ABATO, | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO WITHDRAW**

Laura A. Palmer of Bradley Arant Rose & White LLP, counsel of record for Meadowcraft, Inc. d/b/a Plantation Patterns, ("Meadowcraft"), moves the Court for permission to withdraw as counsel for Meadowcraft. In support, movant states:

Laura Palmer is moving to another city and will no longer be working for Bradley Arant Rose & White LLP after June 16, 2006. Kelly H. Estes of Bradley Arant Rose & White LLP will continue to represent Meadowcraft. No party will be prejudiced in any way by the withdrawal of Laura A. Palmer as counsel for Meadowcraft.

s/Laura A. Palmer
Laura A. Palmer (PAL019)
Kelly H. Estes (EST011)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kestes@bradleyarant.com
lpalmer@bradleyarant.com

Attorneys for Defendant Meadowcraft, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jon C. Goldfarb
Maury S. Weiner
Kell A. Simon
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
Attorneys for Plaintiff
jcg@wcqp.com
msw@wcqp.com
kas@wcqp.com

>Charles A. Powell, IV
>Baker Donelson Bearman Caldwell & Berkowitz PC
>1600 SouthTrust Tower
>420 North 20th Street
>Birmingham, AL 35203-5202
>205-244-3822
>Fax: 205-488-3822
>cpowell@bakerdonelson.com
>Attorney for Defendant Jack Abato

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None.

>Respectfully submitted,
>
>s/ Laura A. Palmer
>_____
>Laura A. Palmer (PAL019)
>Bradley Arant Rose & White LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203-2119
>Telephone: (205) 521-8000
>Facsimile: (205) 521-8800
>lpalmer@bradleyarant.com