# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **TAMI BRYAN,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER** |
| **v.** ) | **2:06-cv-57-MEF** |
| ) | |
| **MEADOWCRAFT, INC. d/b/a** ) | |
| **PLANTATION PATTERNS and** ) | |
| **JACK ABATO,** ) | |
| ) | |
|    **Defendants.** ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Tami Bryan, Defendant Meadowcraft, Inc., and Defendant Jack Abato jointly move this Court to enter a Protective Order. The Protective Order is needed to ensure the confidentiality of records and information relating to Meadowcraft's business and its employees as well as certain records with information relating to the Plaintiff and the individual defendant which may be disclosed during discovery. A proposed Order is attached hereto.

WHEREFORE, premises considered, the parties to this action respectfully request that the Court grant this motion and enter the attached Protective Order.

Respectfully submitted,


       s/Maury S. Weiner
Maury S. Weiner
One of the Attorneys for Plaintiff
WIGGINS, CHILDS, QUINN &
   PANTAZIS, LLC
301 19th Street North
Birmingham, AL 35203
Telephone:  (205) 314-0500
Facsimile:  (205) 254-1500
Email: mweiner@wcqp.com


       s/Kelly H. Estes
Kelly H. Estes (EST011)
One of the Attorneys for Meadowcraft, Inc.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone:  (205) 521-8000
Facsimile:  (205) 521-8800
Email:  kestes@bradleyarant.com


       s/Charles A. Powell, IV
Charles A. Powell, IV, Esq.
Baker Donelson Bearman Caldwell
  & Berkowitz, PC
1600 SouthTrust Tower
420 20th Street North
Birmingham, AL 35203
Attorney for Defendant Abato
Email: cpowell@bakerdonelson.com

2