IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMI BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV57-MEF |
| ) | [WO] |
| MEADOWCRAFT, INC., d/b/a ) | |
| PLANTATION PATTERNS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the parties' Joint Motion For Entry of Protective Order, filed on 21 July 2006 (Doc. # 14), it is GRANTED.  A separate Protective Order has been filed.

DONE this 24th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE