# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TAMI BRYAN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER |
| v. ) | 2:06-cv-57-MEF |
| ) | |
| MEADOWCRAFT, INC. d/b/a ) | |
| PLANTATION PATTERNS and ) | |
| JACK ABATO, ) | |
| ) | |
|    Defendants. ) | |

## DEFENDANT'S UNOPPOSED MOTION
## FOR QUALIFIED HIPAA PROTECTIVE ORDER

COMES NOW Defendant Meadowcraft, Inc. and respectfully moves this Court to enter a Protective Order in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA). Pursuant to the Court's "Civil and Criminal Administrative Procedures," a proposed Order in Word format will be electronically submitted directly to the Court's chambers as an attachment to an email.

The proposed order has been agreed upon by all parties.

Respectfully submitted,

s/Kelly H. Estes
Kelly H. Estes (EST011)
One of the Attorneys for Meadowcraft, Inc.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: kestes@bradleyarant.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Jon C. Goldfarb, Esq.
Maury S. Weiner
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Email: JGoldfarb@wcqp.com

Charles A. Powell, IV, Esq.
Hans Schmidt
Baker Donelson Bearman Caldwell & Berkowitz
420 North 20th Street
Wachovia Tower
Suite 1600
Birmingham, AL 35203
Email: cpowell@bakerdonelson.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

Respectfully submitted,

s/ Kelly H. Estes
Kelly H. Estes (EST011)

2

1/1475204.1