IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMI BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV57-MEF |
| ) | [WO] |
| MEADOWCRAFT, INC., d/b/a ) | |
| PLANTATION PATTERNS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

For good cause, the defendant's Unopposed Motion For Qualified HIPAA Protective Order, filed on 10 August 2006 (Doc. # 17), is GRANTED. A companion order has been filed on this date.

DONE this 11th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE