IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAMI BRYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-57-MEF |
| | ) | |
| MEADOWCRAFT, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #20) filed on August 18, 2006, it is hereby

ORDERED that the motion is DENIED. Any motion to withdraw should be filed by the attorney seeking to withdraw his appearance.

DONE this the 22nd day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE