IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMI BRYAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NUMBER |
| v. | ) 2:06-cv-57-MEF |
| | ) |
| MEADOWCRAFT, INC. d/b/a | ) |
| PLANTATION PATTERNS and | ) |
| JACK ABATO, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Tami Bryan, Defendant Meadowcraft, Inc. d/b/a Plantation Patterns ("Meadowcraft"), and Defendant Jack Abato ("Abato") stipulate to the dismissal of this case with prejudice, each party to bear her, its, or his own costs.

Respectfully submitted,

_____
Maury S. Weiner
One of the Attorneys for Plaintiff
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
Email: mweiner@wcqp.com

_/s/ Kelly H. Estes_

Kelly H. Estes (EST011)
One of the Attorneys for Meadowcraft, Inc.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: kestes@bradleyarant.com

_/s/ Charles A. Powell_

Charles A. Powell, IV
Baker Donelson Bearman Caldwell
  & Berkowitz, PC
1600 SouthTrust Tower
420 20th Street North
Birmingham, AL 35203
Attorney for Defendant Abato
Email: cpowell@bakerdonelson.com